

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Tonja Lynch and Felicia Lynch, Appellants

No. 06-24-00099-CV          v.

Kenneth and Brenda Pierce, Appellees

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2022-106).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Chief Justice Stevens.


As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellants, Tonja Lynch and Felicia Lynch, have adequately indicated their inability to pay costs of appeal.  Therefore, we waive payment of costs.


RENDERED JUNE 13, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE


ATTEST:
Debra K. Autrey, Clerk